UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID CLOWDER                                                          CIVIL ACTION

VERSUS                                                                    NO. 25-1203

DUPRE BROTHERS                                           SECTION "R" (4)
CONSTRUCTION COMPANY, INC.

## ORDER AND REASONS

Before the Court is plaintiff David Clowder's motion to continue the trial and associated deadlines.[1]  Plaintiff argues additional time is necessary because he is still undergoing treatment for alleged injuries related to his complaint.[2]

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enter., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (internal citations omitted).  Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434

---

[1]      R. Doc. 17.
[2]      *See id.*

(5th Cir. 1996).  In deciding whether to grant a continuance, the Court's "judgment range is exceedingly wide, for . . . [it] must consider not only the facts of the particular case but also all of the demands on counsel's time and the court's."  *Streber v. Hunter*, 221 F.3d 701, 736 (5th Cir. 2000) (quoting *HC Gun & Knife Shows, Inc. v. City of Houston*, 201 F.3d 544, 549-50 (5th Cir. 2000) (internal quotation marks omitted)).

The Court finds that plaintiff has demonstrated good cause to modify the scheduling order.  *See* Fed. R. Civ. P. 16(b)(4).  Accordingly, the Court continues the trial and associated deadlines to be reset at a scheduling conference held BY TELEPHONE on **May 21, 2026, at 10:00 a.m.**  The parties shall call in for the teleconference using phone number (833) 990-9400, Access Code: 124518418.  The Court will be represented by its Case Manager at the scheduling conference.

New Orleans, Louisiana, this 15th day of April, 2026.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE